FILED by _____ D.C.

⋅ - 7 2003

CLARE... ...
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 01-4991-CIV-JORDAN

**CLOSED CIVIL CASE**

NATIONAL STEEL CORPORATION )
)
    Plaintiff )
)
vs. )
)
RICHARD J. WOOD )
)
    Defendant )
)
_____ )

**AMENDED FINAL JUDGMENT**

    Final judgment is entered in favor of Richard Wood and against National Steel Corporation on Counts I and VII.  National Steel shall take nothing from these claims.

    Final judgment is entered in favor of National Steel and against Mr. Wood on Counts II, III, IV, V, and VI in the amount of $32,500, for which let execution issue.

    Costs will be taxed upon appropriate motion.

    This case is CLOSED, and all pending motions are DENIED AS MOOT.

    DONE and ORDERED in chambers in Miami, Florida, this 6th day of August, 2003.

                                                Adalberto Jordan
                                              United States District Judge

Copy to:      All counsel of record
                Magistrate Judge Brown